## PEOPLE v. MORAN.

### No. 20,936; January 12, 1893.

31 Pac. 853.

**Appeal—Rehearing—Mistake of Clerk.**—A motion for rehearing made on account of the clerk's failure to record appellant's brief, so as to bring it to the attention of the court, will be denied, where an examination of the brief fails to disclose anything that would justify a reversal.

APPEAL from Superior Court, Los Angeles County; B. N. Smith, Judge.

Motion by John Moran to set aside a judgment obtained against him by the people, and for a rehearing. Denied.

Hugh J. & William Crawford for appellant; Attorney General Hart for the people.

PER CURIAM.—The clerk, by mistake, having failed to make a record of the filing of appellant's brief in the foregoing action, it was not brought to the attention of the court, upon the consideration of the merits of the appeal. Appellant now moves to set aside the judgment and grant a rehear-

ing of the cause for that reason. Upon an examination of the specifications of error relied upon in appellant's brief, we find nothing to justify a reversal of the judgment.

Let the motion be denied.